IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

WILLIAM HARRIS,

    Plaintiff,

v.

                                        Case No. 20-cv-1058-bbc

AGENT HALEY PUCKER and
SUPERVISOR KAREN SCHMITZ,

    Defendants.

## JUDGMENT IN A CIVIL CASE

    IT IS ORDERED AND ADJUDGED that judgment is entered dismissing this case.

| /s/ | 1/21/2021 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |